**Motions Granted and Order filed October 18, 2011.**



**In The**

# Fourteenth Court of Appeals
_____

## NO. 14-11-00904-CV
_____

## IN RE VENUS FORD OF CUDAHY, INC., FORD MOTOR COMPANY, and FORD INTERNATIONAL CAPITAL LLC f/k/a FORD INVESTMENT ENTERPRISES CORP., Relators

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
215th District Court
Harris County, Texas
Trial Court Cause No. 2008-71227**

---

## O R D E R

On October 14, 2011, relators, Venus Ford of Cudahy, Inc., Ford Motor Company, and Ford International Capital LLC f/k/a Ford Investment Enterprises Corp., filed a petition for writ of mandamus. *See* Tex. Gov't Code § 22.221. Relators ask this court to order the Honorable Steven E. Kirkland, Judge of the 215th District Court of Harris County, Texas, to set aside his October 5, 2011, discovery order, entered in trial court cause number 2008-71227, styled *Dealer Computer Services, Inc. v. Ford Motor Company and Ford Investment Enterprise Corporation a/k/a FIECO*. Relators claim that the trial court abused its discretion in requiring privileged documents to be produced.

Relators have also filed a motion for a temporary stay of the trial court's discovery order. *See* Tex. R. App. P. 52.8(b), 52.10. It appears from the facts stated in the petition that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted.

We therefore **GRANT** relators' motion and **ORDER** the trial court's October 5, 2011, discovery order in trial court cause number 2008-71227, styled *Dealer Computer Services, Inc. v. Ford Motor Company and Ford Investment Enterprise Corporation a/k/a FIECO,* **STAYED** until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court. Relators' motion for leave to file the documents that are claimed to be privileged for *in cameral* inspection is also **GRANTED.**

In addition, the court requests the real party in interest, Dealer Computer Services, Inc., to file a response to the petition for writ of mandamus on or before **November 2, 2011.**

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Anderson and Christopher.